PS 8
(8/88)

# United States District Court
for
## Western District of Tennessee

FILED BY _____ D.C.

05 JUL 12 PM 5:31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. Joseph Jordan

Docket No. 2:05-20051

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Valerie D. Pugh presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Bernice B. Donald sitting in the court at Memphis, TN, on the 3rd day of June, 2005 under the following conditions:

1) Report to Pretrial Services Office.
2) Execute a bond in the amount of $1,000 w/10% to be deposited with the Clerk of Court.
3) Maintain or actively seek employment.
4) Seek mental health treatment if deemed appropriate by Pretrial Services.
5) Refrain from possessing a firearm, destructive device, or other dangerous weapons.
6) Refrain from use or unlawful possessing of a narcotic drug or other controlled substance, unless prescribed by a licensed medical practitioner.
7) Submit to any method of testing required by Pretrial Services Office for determining whether defendant is using a prohibited substance.
8) Participate in a program of inpatient or outpatient substance abuse therapy and counseling deemed advisable by Pretrial Services.
9) Participate in the home confinement program which will include electronic monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

**SEE ATTACHMENT**

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant that Joseph Jordan may appear and show cause as to why his bond should not be revoked.

BOND RECOMMENDATION:

ORDER OF COURT

Considered and ordered this 12th day of July, 2005 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/8/05

_____
U.S. Pretrial Services Officer

Place    Memphis, TN

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

PS 8 - Page 2
Jordan, Joseph


The defendant has violated the following conditions of Pretrial release:

1) <u>The defendant shall report to Pretrial Services Office as directed</u>.

Defendant Jordan was instructed to report to Pretrial Services in person on the 1st Thursday of each month and on court dates. He failed to report on Thursday, July 7, 2005.

2) <u>Participate in home confinement w/ electronic monitoring and be restricted to his residence during the times to be determined by Pretrial Services Officer.</u>

Defendant Jordan has violated his home confinement on numerous occasions, since he was placed on electronic monitoring 6/7/05. His curfew was 6:30 p.m. - 8:30 a.m., Monday - Friday; and 6:30 p.m. - 9:30 a.m., Saturday and Sunday.

On Friday, June 10, 2005, the defendant left his residence during curfew at 10:08 p.m.; returned 11:24 p.m.

On Saturday, June 11, 2005, Defendant Jordan was in and out of his residence during curfew from 7:06 p.m. to Sunday, June 12, 2005, 2:30 a.m.

On Monday, June 13, 205, the defendant was not present at curfew. He entered his residence at 8:59 p.m. Left at 11:45 p.m. and returned on Tuesday, June 14, 2005 at 1:32 a.m.

Defendant Jordan was also in and out of his residence without approval of Pretrial Services during curfew hours from June 18, 2005 - June 20, 2005; June 22 - June 25, 2005; June 27 - June 28, 2005.

There were also violations July 2 and 3, 2005.

Finally, on Wednesday, July 6, 2005, Defendant Jordan was in and out of his residence during curfew from 9:03 p.m. to 9:19 p.m.; 9:21 p.m. to 10:00 p.m. He left again at 10:26 p.m. (July 6, 2005) and did not return until Friday, July 8, 2005, at 12:48 a.m.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20051 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT