IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE   FILED BY _____ D.C.
WESTERN DIVISION

05 AUG 31 PM 3: 39

UNITED STATES OF AMERICA

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

V.                                                                        Cr. No. 05-20051-D

JOSEPH JORDAN

## ORDER SPECIFYING PERIOD OF
## DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT and DIRECTING ISSUANCE
## OF WARRANT

The defendant failed to appear as directed for arraignment on Wednesday, August 31, 2005.

The United States Attorney requested that the court issue a warrant for the defendant's arrest. It is

therefore ORDERED that a warrant be issued for the defendant's arrest for failure to appear.

Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(3)(A) the court may grant

the defendant a period of excludable delay to serve the ends of justice, if the defendant is unavailable

or absent.

It is therefore ORDERED that the time period of August 31, 2005 through such time as the

defendant is arrested and next appears before this court be excluded from the time limits imposed

by the Speedy Trial Act for trial of this case.

**ARRAIGNMENT   WILL   BE   RESET   AFTER   THE   DEFENDANT   IS**

**APPREHENDED.**

*S. Thomas Anderson*
UNITED STATES MAGISTRATE JUDGE

DATE:  08/31/05

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20051 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT