IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ☒ D.C.

05 NOV -7 PM 3: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff

VS.

                                          CR. NO. 05-20051-D

JOSEPH JORDAN

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
AND **SETTING**

---

    This cause came on for a report date on October 27, 2005. At that time, counsel for the defendant requested a continuance of the November 7, 2005 trial date in order to allow for additional preparation in the case.

    The Court granted the request and reset the trial date to December 5, 2005 with a **report date of Thursday, November 17, 2005, at 9:00 a.m.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

    The period from October 27, 2005 through December 16, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

    IT IS SO ORDERED this _31_ day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _11-8-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:05-CR-20051 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT